March 17, 2006

Mr. Chad Michael Forbes
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056

Luther H. Souls, III
Mr. Robert B. Dubose
Cook & Roach, L.L.P.
1111 Bagby, Suite 2650
Houston, TX 77002

Mr. Carlton D. Wilde Jr.
Franklin Cardwell & Jones, P.C.
1001 McKinney, 18th Floor
Houston, TX 77002
RE: Case Number: 04-0269
 Court of Appeals Number: 01-01-00086-CV
 Trial Court Number: 99-00011

Style: TESCO AMERICAN, INC. D/B/A TESCO/WILLIAMSEN
 v.
 STRONG INDUSTRIES, INC. AND BROOKS STRONG

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie Thompson|
| | |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Luther H. |
| |Soules III |